### STATE v. GEORGE DERRY.

Court of Quarter Sessions. Kent. May 11, 1802.

*Rodney's Notes.*

*Vandyke* [for State]. *Ridgely, Clayton* [for defendant].

Sophia Darling sworn. Hannah Walmsley. Hannah Morris. Abner Douglas for prisoner. Charles Townsend, Corneille Battle.

*Clayton* for prisoner. Cause rests upon the credit of Sophia Darling, a white woman, married to a black or yellow man.

*H. Ridgely.* Shoes so much alike, difficult to identify, etc.

Attorney General in conclusion.

Verdict, guilty, and sentence thirteen lashes, etc.